Zachary C. Frampton (SBN 303225)
Email: zframpton@reedsmith.com
Steven P. Warner (SBN 159404)
Email:  swarner@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
SYNCHRONY BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FAY,<br>   Plaintiff,<br> vs.<br>SYNCHRONY BANK,<br>   Defendant. | Case No.: 2:20-cv-03557-VAP-PLA<br><br>[Hon. Judge: Virginia A. Phillips]<br>[Magistrate Judge: Paul L. Abrams]<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT AGAINST SYNCHRONY BANK**<br><br>Complaint Filed:  April 16, 2020 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

This Joint Stipulation is made by and between Plaintiff Ronald Fay ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by and through their undersigned counsel.

**RECITALS**

**WHEREAS**, on or about April 16, 2020, Plaintiff filed the Complaint in the above-captioned action alleging that Synchrony engaged in unlawful collection attempts (the "Lawsuit").

**WHEREAS**, on April 17, 2020, this Court issued a summons as to Synchrony Bank;

**WHEREAS**, a proof of service filed in this docket indicates that Synchrony was served with the Complaint and summons on April 20, 2020;

**WHEREAS**, on May 13, 2020, Plaintiff filed a Request for Entry of Default against Synchrony;

**WHEREAS**, on May 14, 2020, the Clerk entered a default against Synchrony;

**WHEREAS**, Counsel for Synchrony was unaware that Plaintiff's counsel had initiated this lawsuit and moved for default despite prior communications to attempt to settle the claims pre-litigation;

**WHEREAS**, on May 22, 2020, Plaintiff filed a Notice of Motion and Motion for Default Final Judgment;

**WHEREAS**, the hearing on the Motion for Default Final Judgment is set for June 22, 2020;

**WHEREAS,** the Parties have agreed to a joint request to vacate the default entered against Synchrony, withdraw Plaintiff's Motion for Default Judgment and cancel the hearing on the Motion for Default Judgment set for June 22, 2020;

**WHEREAS**, as a condition to Plaintiff's agreement to vacate the default, Synchrony agrees not to exercise its right to compel arbitration of the Lawsuit;

**WHEREAS**, Plaintiff has agreed to maintain the Lawsuit in his individual capacity and not as a class-action.

-1-
JOINT STIPULATION TO SET ASIDE DEFAULT
AGAINST SYNCHRONY BANK

**NOW, THEREFORE**, it is hereby stipulated as follows:

1. That Plaintiff's Request For Entry of Default against Synchrony is hereby withdrawn in its entirety, and that any entry of the requested default by the Clerk or Court be vacated;

2. Synchrony will have 21 days from the filing of this Stipulation to file its responsive pleading;

3. Synchrony will not exercise its right to compel arbitration of the individual claims brought by Plaintiff in this action;

4. Plaintiff will not bring this case as a class action against Synchrony by either amendment to the Complaint in this action or as a new action;

5. Plaintiff shall withdraw the Motion for Default Final Judgment and the hearing set for June 22, 2020, on this motion, shall be cancelled;

6. No party shall be prejudiced by this Stipulation, and this Stipulation shall not constitute a waiver by any party of any rights or defenses, except as stipulated above.

**IT IS SO STIPULATED**.

Dated: June 4, 2020      REED SMITH LLP

By: /s/ *Steven Warner*[1]
Steven P. Warner
Attorneys for Defendant
SYNCHRONY BANK

Dated: June 4, 2020      Price Law Group APC

By: /s/ *Youssef H. Hammoud*
Youssef H. Hammoud
Attorney for Plaintiff
RONALD FAY

---

[1] I, Steven Warner, hereby attests, pursuant to Local Rule 5-4.3.4(a)(2), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.