1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FAY,<br>            Plaintiff,<br>    vs.<br>SYNCHRONY BANK,<br>            Defendant. | Case No.: 2:20-cv-03557<br><br>[Hon. Judge: Virginia A. Phillips]<br>[Magistrate Judge: Paul L. Abrams]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET ASIDE DEFAULT JUDGMENT AGAINST SYNCHRONY BANK**<br><br>Complaint Filed:  April 16, 2020 |

**HAVING** reviewed the Joint Stipulation to Set Aside Default Judgment Against Synchrony Bank, the Court, for good cause shown HEREBY ORDERS as follows:

**NOW, THEREFORE**, it is hereby stipulated as follows:

1. Plaintiff's Default against Synchrony is hereby vacated in its entirety, Plaintiff's Motion for Default Judgment is withdrawn and the hearing set for June 22, 2020 is cancelled;

2. Synchrony shall have 21 days from the filing of this Stipulation to file its responsive pleading;

3. Synchrony shall not exercise its right to compel arbitration of the individual claims brought by Plaintiff in this action;

4. Plaintiff shall not bring this case as a class action against Synchrony by either amendment to the Complaint in this action or as a new action;

5. No party shall be prejudiced by this stipulation, and this stipulation shall not constitute a waiver by any party of any rights or defenses, except as set forth above.

Dated: _____

Hon. Virginia A. Phillips
United States District Court Judge