1   Youssef H. Hammoud (SBN: 321934)
    L. Tegan Rodkey (SBN: 275830)
2   **PRICE LAW GROUP, APC**
    6345 Balboa Blvd., Suite 247
3   Encino, CA 91316
    T: (818) 600-5596
4   F: (818) 600-5496
    E: youssef@pricelawgroup.com
5   E: tegan@pricelawgroup.com
    *Attorneys for Plaintiff,*
6   *Ronald Fay*

7

8

9                **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
10

11  RONALD FAY,                          | Case No.: 2:20-cv-03557-VAP-PLA

12          Plaintiff,                   | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYNCHRONY BANK**

13  v.

14  SYNCHRONY BANK,

15          Defendant.

16

17

18          Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ronald Fay

19  ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by and through

20  undersigned counsel, hereby stipulate that this action and all claims and defenses

21  asserted therein be dismissed with prejudice as to Defendant Synchrony. The

22  parties shall bear their own attorneys' fees and costs.

23  ///

24  ///

25  ///

RESPECTFULLY SUBMITTED,

Dated: August 24, 2020

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Ronald Fay*

Dated: August 24, 2020

By: */s/ Steven P. Warner*
Steven P. Warner (SBN: 159404)
E: swarner@reedsmith.com
Zachary C. Frampton (SBN:303225)
E: zframpton@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, #2900
Los Angeles, CA 90071
T: (213) 457-8000
F: (213) 457-8080
*Attorneys for Defendant,*
*Synchrony Bank*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that I have on file all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

Dated: August 24, 2020

**PRICE LAW GROUP, APC**

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud
*Attorneys for Plaintiff,*
*Ronald Fay*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Tyla Flores-Gray*