**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

RONALD FAY,

          Plaintiff,

v.

SYNCHRONY BANK,

          Defendant.

Case No.: 2:20-cv-03557-VAP-PLA

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYNCHRONY**

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Synchrony Bank, and good cause appearing, **IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Synchrony Bank, with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: August 25, 2020

Honorable Virginia A. Phillips
United States District Judge